| | | | |
|---|---|---|---|
| | AUSA: | Tare Wigod | Telephone: (313) 226-9191 |
| AO 91 (Rev. 11/11) Criminal Complaint | Task Force Officer: | Terry Cross-Nelson II | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
v.
Gregory Kyle Arthur

Case: **2:25-mj-30636**
Assigned To : **Unassigned**
Assign. Date : **10/10/2025**
Description: **SEALED MATTER (LLH)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 20, 2023 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Terry Cross-Nelson II, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _October 10, 2025_____

_____
*Judge's signature*

City and state: _Detroit, MI_____

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

Case: **2:25-mj-30636**
Assigned To : **Unassigned**
Assign. Date : **10/10/2025**
Description: **SEALED MATTER**
**(LLH)**

**AFFIDAVIT**

I, Task Force Officer/Detective Terry Cross-Nelson, being duly sworn, depose and state as follows:

**Introduction and Agent Background**

1.      I am a Police Detective with the Detroit Police Department (DPD), having served since November 2002. I was promoted to the rank of Detective in August 2014, and I am currently assigned to the Firearms Investigative Team (FIT), a specialized unit formed in collaboration with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), where I serve as a credentialed Task Force Officer. FIT represents a federal partnership focused on addressing firearm-related crimes.

2.      With over 22 years of law enforcement experience and more than a decade as a Detective, I have specialized in firearm-related investigations throughout my career. This includes conducting over 400 firearm-related arrests and developing extensive expertise in offenses such as felon in possession of a firearm and illegal firearm trafficking. I hold two degrees, including a Master's degree from Cleary University, which, combined with my professional experience, has provided me with a comprehensive understanding of firearm offenses, investigative techniques, and the legal processes required to effectively address these crimes.

1

3.     The information contained in this affidavit is based on my personal knowledge and observations during this investigation, law enforcement reports that I have reviewed, communications with others who have personal knowledge of the events and circumstances described in this affidavit, review of surveillance video, and information gained through my training and experience.

4.     This affidavit is submitted for the limited purpose of establishing probable cause that Gregory Kyle Arthur (DOB: XX/XX/1989) has violated 18 U.S.C. § 922(g)(1) by being a felon in possession of a firearm. This affidavit does not contain all facts known to me regarding this investigation.

## Investigation and Probable Cause

5.     On December 20, 2023, at approximately 1:57 p.m., DPD officers assigned to the Eastern District responded to a condominium at 1941 Orleans Street, Detroit, Eastern District of Michigan, on a report of a felonious assault in progress. After arrival, officers spoke with victim V.E., who informed police that Gregory Arthur pulled a gun on her. Victim V.E. told officers that that Arthur came to the back room of the residence with a black and silver handgun and forced her and her young son into the bathroom at gunpoint.

6.     Victim V.E. also told officers that Arthur stripped her of her clothing and held her and her son at gun point in the bathroom for about 20 minutes, and that he threatened to shoot her if she continued to scream or cry. Victim V.E.

2

reported that Arthur eventually released her and her son, and she then fled the residence with her child.

7. When officers first arrived on scene, they encountered Arthur in the elevator at the condominium building. At the time, he was wearing red underwear with a black waistband. He was also not in possession of a firearm at that time.



8. When questioned by police, Arthur provided the false name of "Darius Blakeauthor." His true identity was later revealed when his Michigan identification card fell from his shoe. Officers arrested Arthur and transported him away from the scene.

9. At that time, police did not recover the black and silver handgun that the victim informed officers that Arthur had possessed.

10. At about 8:00 p.m. on that same day officers returned to the condominium building at 1941 Orleans Street because a resident of the building

had located a firearm inside a washing machine within the common laundry room in the building.

11.     After arrival on scene, officers recovered a silver and black Lorcin Model L25, .25 caliber handgun (serial #133500) from inside the washing machine located on the first floor of 1941 Orleans Street.





12.     At the time of recovery of the firearm, officers noticed that there was a surveillance camera in the laundry room. Detective Donald Owen retrieved surveillance video from the condominium complex. The video shows Arthur entering the laundry room and concealing a metallic item inside a washing machine in the first-floor laundry area of the building prior to his contact with

police earlier in the day. (Det. Owen noted that the surveillance video was slow by 11 minutes and 9 seconds from actual time).








13.     A review of Arthur's criminal history reveals the following felony convictions:

  a. 2010 – Attempted Carrying a Concealed Weapon (Wayne County 3rd Circuit Court)

  b. 2012 – Larceny in a Building (Wayne County 3rd Circuit Court)

  c. 2016 – Retail Fraud First Degree (Oakland County 6th Circuit Court)

  d. 2017 – Delivery of Less Than 50 Grams of Cocaine (Wayne County 3rd Circuit Court)

  e. 2022 – Carrying a Concealed Weapon (Wayne County 3rd Circuit Court).

14.     These convictions are punishable by imprisonment exceeding one year. Additionally, given the number of felony convictions and that in the 2022 case Arthur had been charged with felon in possession of a firearm (which was seemingly dismissed as part of a plea agreement), Arthur would be aware of his prohibited status as a convicted felon.

15.     Officers discovered through LEIN that the recovered Lorcin L25 handgun (serial #133500) was a stolen firearm originating from Braxton County, West Virginia.

16. The firearm was entered into evidence under Detroit Police tag number 709971-1 and test-fired by the Detroit Police NIBIN Unit, confirming the weapon's functionality.

17. On January 3, 2025, I contacted ATF Interstate Nexus Expert Special Agent Kevin Rambus and provided a verbal description of the recovered Lorcin L25 .25 caliber handgun. Special Agent Rambus confirmed that the firearm was manufactured outside the state of Michigan, and therefore, the firearm traveled in and affected interstate commerce.

18. Based on the information provided above, there is probable cause to believe that Gregory Kyle Arthur violated 18 U.S.C. §922(g) (felon in possession of a firearm).

Respectfully submitted,

Terry Cross-Nelson II
Task Force Officer, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge

Dated:   October 10, 2025

7